IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00959-RPM

CYNTHIA ROBERTSON,

        Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF THE ADAMS COUNTY SHERIFF'S DEPARTMENT,
in his official capacity, and
ADAMS COUNTY, COLORADO, by and through its COUNTY COMMISSIONERS
W.R. "SKIP" FISHER, in his official capacity,
ALICE J. NICHOLS, in her official capacity, and
LARRY W. PACE, in his official capacity,

        Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND FOR FILING OF AMENDED COMPLAINT
_____

        Upon review of the Response to Order to Show Cause, filed November 7, 2005, with amended complaint attached as Exhibit 1, it is

        ORDERED that the order to show cause is discharged and the amended complaint tendered therewith is ordered filed.  Counsel are reminded of the provisions of D.C.Colo.LCivR 6.1(E)(2).

        DATED: November 8th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge