UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-959-RPM-CBS

CYNTHIA ROBERTSON

      Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity, and

CRAIG COLEMAN, CAPTAIN WITH THE ADAMS COUNTY SHERIFF'S DEPARTMENT, both in his individual and official capacities.

      Defendants.

_____

**ORDER RE: DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DISCOVERY AND MODIFY SCHEDULING ORDER**
_____

      This matter comes before the Court on the Defendants' Unopposed Motion to Extend Discovery and Modify Scheduling Order. Having reviewed the motion and the case file, and being fully advised in the premises, the Court finds and orders as follows:

      Good cause having been shown, the Motion is granted. The Scheduling Order is modified as follows:

      Discovery Cutoff:   **October 16, 2006**

      Dispositive Motion Deadline:  **November 16, 2006**

      Deadline for Interrogatories:  **September 11, 2006**

      Deadline for Requests for Production and Requests for Admission:
          **September 11, 2006**

      Deadline to Disclose Expert Witnesses:  **July 17, 2006**

Deadline to Disclose Rebuttal Experts: **August 17, 2006**

DATED: April_21st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge