**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 05-cv-959-RPM-CBS**

---

**CYNTHIA ROBERTSON,**

**Plaintiff,**

**v.**

**DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity, and
CRAIG COLEMAN, CAPTAIN WITH THE ADAMS COUNTY SHERIFF'S OFFICE,
both in his individual and official capacities,**

**Defendants.**

---

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING
ORDER RE: DISCLOSURE OF EXPERT WITNESSES**

---

This matter comes before the Court of Plaintiff's Unopposed Motion to Amend Scheduling Order re: Disclosure of Expert Witnesses. Having reviewed the Motion and the case file, and being fully advised on the premises, the Court finds and orders as follows:

Good cause having been shown, the Motion is granted. The Scheduling Order is amended as follows:

    Deadline to Disclose Expert Witnesses:    **August 17, 2006**

    Deadline to Disclose Rebuttal Experts:    **September 17, 2006**

Dated: July 18th, 2006

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Senior U.S. District Judge