IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00959-RPM

CYNTHIA ROBERTSON,

        Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity, and CRAIG COLEMAN, CAPTAIN WITH THE ADAMS COUNTY SHERIFF'S DEPARTMENT, both in his individual and official capacities,

        Defendants.
_____

ORDER ADOPTING STIPULATION AND PROTECTIVE ORDER
_____

        Upon review of the Joint Motion for Protective Order, together with the stipulation filed therewith on November 27, 2006, it is

        ORDERED that the protective order (Doc. #26-2) is adopted with the modification that the parties shall comply with D.C.COLO.LCivR 7.2 and 7.3.

        DATED: November 28th, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge