IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00959-RPM-CBS

CYNTHIA ROBERTSON,

       Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity, and
CRAIG COLEMAN, CAPTAIN WITH THE ADAMS COUNTY SHERIFF'S DEPARTMENT, both in his individual and official capacities,

       Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

       Pursuant to the hearing convened today, it is

       ORDERED that a pretrial conference is scheduled for **January 25, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on January 17, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

       DATED: November 29th, 2007

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior Judge