IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00959-RPM-CBS

CYNTHIA ROBERTSON,

       Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity, and CRAIG COLEMAN, CAPTAIN WITH THE ADAMS COUNTY SHERIFF'S DEPARTMENT, both in his individual and official capacities,

       Defendants.
_____

ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

Pursuant to the briefing and the arguments heard today on the defendants' motion for summary judgment, it is

ORDERED that the motion for summary judgment is granted as to the defendant Craig Coleman, Captain with the Adams County Sheriff's Department, individually, and it is

FURTHER ORDERED that the motion of the defendant Douglas Darr, Sheriff of the Adams County Sheriff's Department, in his official capacity, is granted as to all claims other than the plaintiff's claim for retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, with respect to the removal of the plaintiff as lead advisor to Explorer Post and with respect to the failure to promote her to Sergeant in May, 2005, as adverse employment actions.

DATED: November 29th, 2006

                                      BY THE COURT:
                                      s/Richard P. Matsch
                                      Richard P. Matsch, Senior District Judge