IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00959-RPM-CBS

CYNTHIA ROBERTSON,

        Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, in his official capacity,

        Defendants.
_____

ORDER SETTING TRIAL DATE
_____

        Pursuant to the pretrial conference convened today, it is

        ORDERED that this matter is set for trial to jury on **May 19, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

        DATED:   January 25, 2008

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge