UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00959-RPM-CBS

CYNTHIA ROBERTSON

     Plaintiff,

v.

DOUGLAS DARR, SHERIFF OF ADAMS COUNTY, IN HIS
OFFICIAL CAPACITY

     Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE

_____

     This matter is before the Court on Joint Stipulation for Dismissal with Prejudice**.** Having reviewed the Motion and the case file, and being fully advised in the premises, the court finds and orders as follows:

     IT IS ORDERED that the instant case is DISMISSED WITH PREJUDICE. Parties are to pay their own costs and fees.

     Dated this 17th day of October, 2008.


                    BY THE COURT:

                       s/ Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge